In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00327-CV**
_____

**GERALD BAZINET, OUTCAST TACKLE AND ARMS, LLC, AND TEXAS OUTCAST, LLC, Appellants**

**V.**

**ROBERT ADAMS JR., MARTIN GOLMON, AND KIRK FREDERIC, Appellees**

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-203,750-A**

**MEMORANDUM OPINION**

On November 25, 2019, we notified the parties that the appellants had not established indigence and warned that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the clerk's record or the appellants explained why additional time was needed to file the record. Appellants did not respond to this Court's notice.

1

An appellant who wishes to proceed on appeal without payment of costs must file an affidavit of indigence. *See* Tex. R. App. P. 20.1. An appeal may be dismissed for want of prosecution if the appellant is not entitled to appeal without payment of costs and fails to pay for the clerk's record. *See* Tex. R. App. P. 37.3(b).

Appellants did not file an affidavit of indigence on appeal and have not shown that they are entitled to proceed without payment of costs. *See generally* Tex. R. App. P. 20.1. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on January 22, 2020
Opinion Delivered January 23, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.